# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand twenty-four.

| | |
|---|---|
| Telecom Business Solution, LLC, Latam Towers, LLC, AMLQ Holdings (Cay), Ltd., | **ORDER** |
|     Petitioners-Appellees, | Docket Nos. 23-7312(L), 24-513(Con) |
| v. | |
| Terra Towers Corp., TBS Management, S.A., | |
|     Respondents-Appellants, | |
| DT Holdings, Inc., | |
|     Cross-Claimant-Appellant. | |

     By order dated December 20, 2023, the Court tolled the briefing schedule in Docket No. 23-7312 pending a decision in a related appeal, Docket No. 23-144. The Court rendered a decision in 23-144 on February 6, 2024.

     By letter dated March 11, 2024, Appellants request that the Court consolidate 23-7312 with a new appeal that was filed on March 8, 2024. They also request that the Court reset the deadline for filing Appellants' consolidated opening brief to June 7, 2024.

     IT IS HEREBY ORDERED that the requests to consolidate and to set the briefing deadline for June 7, 2024 are GRANTED. The new appeal has been docketed under 24-513.

                                                                       For the Court:
                                                                     Catherine O'Hagan Wolfe,
                                                                     Clerk of Court

